IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

ATLAS DATA PRIVACY CORPORATION, ET AL.

v.

BLACKBAUD, INC., ET AL.

Civil Action No. 2:24-CV-03993

---

**DESIGNATION OF DISTRICT JUDGE**
**TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT**

---

Pursuant to 28 U.S.C. § 292(b), and finding that it is in the public interest to do so, I hereby designate and assign the Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania for such a period as is necessary for the disposition of the above-entitled matter and all related cases.

s/ Michael A. Chagares
Michael A. Chagares, Chief Judge
United States Court of Appeals
For the Third Circuit

COURT OF APPEALS FOR THE THIRD CIRCUIT · SEAL OF THE

Dated: April 2, 2024