**PARDALIS & NOHAVICKA LLP**
Anastasi Pardalis (357512021)
Joseph D. Nohavicka (pro hac vice forthcoming)
Israel Klein (pro hac vice forthcoming)
Eleni Melekou (pro hac vice forthcoming)
950 Third Avenue, 31st Floor
New York, NY 10022
(212) 213-8511
taso@pnlawyers.com
jdn@pnlawyers.com
israel@pnlawyers.com
eleni@pnlawyers.com

*Attorneys for Defendants Deleteme USA, LLC, Deleteme Europe Ltd, and Criton Tornaritis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------------x

ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, SCOTT MALONEY, JUSTYNA MALONEY, and PATRICK COLLIGAN,

*Plaintiffs*,

-against-

DELETEME USA, LLC, DELETEME EUROPE LTD, CRITON TORNARITIS, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,

*Defendants*.

---------------------------------------------------------------------x

**Case No. 26-cv-10945**

**NOTICE OF MOTION**

**Motion Day:**
**September 21, 2026**

**<u>Oral Argument Requested</u>**

**PLEASE TAKE NOTICE** that, on September 21, 2026, Defendants DELETEME USA, LLC, DELETEME EUROPE LTD, and CRITON TORNARITIS(“Defendants”) shall move before the Honorable Harvey Bartle III, at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building &

U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for an order (1)dismissing the Complaint for (a) lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2); (b) improper service of process under Fed. R. Civ. P. 12(b)(5); and, (c) failure to state a claim under Fed. R. Civ. P. 12(b)(6); (2) vacating and setting aside any New Jersey Superior Court Clerk's notation of default, pursuant to Fed. R. Civ. P. 55(c) and 28 U.S.C. 1450; and (3) for such other and further relief, favorable to the moving defendants, as the Court finds to be just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants will rely upon their brief and the Declaration of Anastasi Pardalis and Criton Tornaritis, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L. Civ. R. 78.1(b), the moving Defendants request oral argument on this motion.

Dated: August 27, 2026

Respectfully submitted,

PARDALIS & NOHAVICKA, LLP

/s/ *Anastasi Pardalis*
Anastasi Pardalis (357512021)
950 Third Avenue, 31st Floor
New York, NY 10022
(212) 213-8511
taso@pnlawyers.com

*Attorneys for Defendants*