**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------------x

ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, SCOTT MALONEY, JUSTYNA MALONEY, and PATRICK COLLIGAN,

*Plaintiffs*,

-against-

DELETEME USA, LLC, DELETEME EUROPE LTD, CRITON TORNARITIS, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,

*Defendants*.

---------------------------------------------------------------------x

**Case No. 26-cv-10945**

**ATTORNEY DECLARATION OF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

ANASTASI PARDALIS, in accordance with 28 U.S.C. 1746(2), hereby declares:

1. I am a Partner with Pardalis & Nohavicka LLP, attorneys for Defendants Deleteme USA, LLC, DeleteMe Europe Ltd. and Criton Tornaritis, and am admitted to practice in this Court. I respectfully submit this Declaration in support of a motion to dismiss the Plaintiffs' complaint against the Defendants, as well as seeking to vacate and strike New Jersey State Court Clerk's notations of default on the docket.

2. Appended hereto as **Exhibit A** is the Defendants' Notice of Removal, filed on August 25, 2026, together with the New Jersey Superior Court filings that were exhibited thereto, inclusive of the Plaintiff's Complaint, which is the subject of this motion to dismiss.

3. Appended hereto as **Exhibit B**, for the Court's ease of reference, is a true copy of the text of the Plaintiff's Complaint, as is also part of Ex. A.

4. Appended hereto as **Exhibit C** is a true certified copy of the Certificate of Formation of DeleteMe USA LLC, confirming it was first formed on September 10, 2025.

I declare under penalty of perjury that the foregoing is true and correct

Executed on: August 27, 2026

Respectfully submitted,

PARDALIS & NOHAVICKA, LLP

/s/ *Anastasi Pardalis*

Anastasi Pardalis (357512021)
950 Third Avenue, 31st Floor
New York, NY 10022
(212) 213-8511
taso@pnlawyers.com

*Attorneys for Defendants*