# EXHIBIT C

# Delaware

The First State



***I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "DELETEME USA, LLC", FILED IN THIS OFFICE ON THE TENTH DAY OF SEPTEMBER, A.D. 2025, AT 3:54 O`CLOCK P.M.***

Charuni Patibanda-Sanchez, Secretary of State

10327890 8100
SR# 20253934468

Authentication: 204715017
Date: 09-10-25

You may verify this certificate online at corp.delaware.gov/authver.shtml

**CERTIFICATE OF FORMATION**

**OF**

**DELETEME USA, LLC**

This Certificate of Formation of DELETEME USA, LLC (the "Company") is being executed by the undersigned for the purpose of forming a limited liability company in accordance with the Limited Liability Company Act of the State of Delaware.

1. The name of the limited liability company is DELETEME USA, LLC.

2. The address of the registered office of the Company in Delaware is 131 Continental Dr, Suite 305, in the city of Newark, zip code 19713, and county of New Castle. The Company's registered agent at that address is Legalinc Corporate Services Inc.

IN WITNESS WHEREOF, the undersigned, an authorized person of the Company, has caused this Certificate of Formation to be duly executed as of September 10, 2025.

Kriton Tornaritis

Kriton Tornaritis, Authorized Person

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:54 PM 09/10/2025
FILED 03:54 PM 09/10/2025
SR 20253934468 - File Number 10327890