**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------------------x

ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, SCOTT MALONEY, JUSTYNA MALONEY, and PATRICK COLLIGAN,

*Plaintiffs*,

-against-

DELETEME USA, LLC, DELETEME EUROPE LTD, CRITON TORNARITIS, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,

*Defendants*.

---------------------------------------------------------------------------x

**Case No. 2:26-cv-10945**

**DEFENDANTS' DECLARATION OF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

CRITON TORNARITIS, in accordance with 28 U.S.C. 1746(1), hereby declares:

1. I am more than 18 years of age, am named as a Defendant herein, and am a citizen and resident of Cyprus.

2. I submit this Declaration in support of a motion to dismiss the Plaintiffs' complaint against myself as well as businesses I am involved with, DeleteMe USA, LLC and DeleteMe Europe Ltd.

3. I am the sole member of DeleteMe USA, LLC, a Delaware limited liability company that was formed on or about September 10, 2025.

4. DeleteMe USA LLC maintains no offices or employees in New Jersey or elsewhere in the United States.

5. I am the Chairman of DeleteMe Europe Ltd. is a private limited company headquartered in Cyprus and organized under the laws of Cyprus.

6. DeleteMe Europe Ltd. maintains no offices or employees in New Jersey or elsewhere in the United States.

7. Neither DeleteMe entity targets New Jersey or any other state or territory of the United States.

8. Neither DeleteMe entity is a data broker.

9. Neither DeleteMe entity engages in the storage of data and information about people and entities.

10. After their respective formation, the DeleteMe entities engaged in internet based investigations to determine what information about the subject of the customer is available online (both via standard web searches and on the "dark web"). If information is identified, including of the type that Daniel's Law is designed to protect, the client is advised via "leak report" and can then further engage the Defendants to try to have the sources of the data remove it. In no instance does deleteme or cyberdeleteme actually maintain the personally identifying data for disclosure, nor does it make the information publicly available.

11. Any searches performed at the request of the Plaintiffs or their investigators were done and billed through DeleteMe Europe Ltd, and were arranged by the Plaintiffs through Internet Protocol addresses in the States of Florida and Arizona, largely from what appear to be private investigators using email addresses: john@fullnelsoninvestigations.com and dave@fullnelsoninvestigations.com.

12. The DeleteMe entities do not maintain data about any of the Plaintiffs, or the individuals they represent or are acting as assignees of and therefore are not in a position to unilaterally remove the data from the internet.

13. Seeking to have data removed by third party data brokers is a business that the DeleteMe entities engage in.

14. The total revenue that DeleteMe Europe derived from searching for any name having an association with New Jersey (i.e. telephone number or address) is approximately 1.5% of total revenue, and that is by and large the result of the Plaintiffs' investigators. Without the Plaintiffs' investigators seeking to have internet searches conducted, the revenue associated with New Jersey would be approximately 0%.

15. DeleteMe USA did not have any involvement in the searches the Plaintiffs and their investigators sought to have performed and it has derived no revenue from New Jersey.

16. I have read the motion papers prepared by the attorneys engaged to represent the DeleteMe entities and myself in the defense of this action and the facts contained therein are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: August 26, 2026

CRITON TORNARITIS