**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------------x

ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, SCOTT MALONEY, JUSTYNA MALONEY, and PATRICK COLLIGAN,

*Plaintiffs*,

-against-

DELETEME USA, LLC, DELETEME EUROPE LTD, CRITON TORNARITIS, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*

*Defendants*.

---------------------------------------------------------------------x

**Case No. 26-cv-10945-HB**

**[PROPOSED] ORDER GRANTING MOTION**

This matter having come before the Court upon the Motion of Defendants DELETEME USA, LLC, DELETEME EUROPE LTD and CRITON TORNARITIS to Dismiss Plaintiffs' Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), for insufficient service of process pursuant to Federal Rule of Civil Procedure 12(b)(5), and for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), and further to Strike and Vacate the State Court Clerk's Entry of Default entered against Defendant prior to removal, pursuant to Federal Rule of Civil Procedure 55(c); and

The Court having considered the submissions of the parties in support of and in opposition to said motion; and

For good cause shown: it is on this _____ day of ______________, 20_____

,ORDERED that Defendants' Motion to Strike and Vacate the State Court Clerk's Entry of Default is hereby GRANTED; and it is further

ORDERED that the entry of default recorded on the state court docket prior to removal in this matter is VACATED and stricken from the record as void; and it is further

ORDERED that Defendant's Motion to Dismiss Plaintiff's Complaint for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2), insufficient service of process under Fed. R. Civ. P. 12(b)(5), and failure to state a claim under Fed. R. Civ. P. 12(b)(6) is hereby GRANTED; and it is further

ORDERED that Plaintiff's Complaint is dismissed in its entirety as to Defendants DELETEME USA, LLC, DELETEME EUROPE LTD and CRITON TORNARITIS; and it is further

ORDERED that the Clerk of the Court shall mark this motion as TERMINATED and the matter as CLOSED.

ENTER:

____________________________________

HON.
UNITED STATES DISTRICT JUDGE