PEM LAW LLP

Rajiv D. Parikh, Esq.
Partner
rparikh@pemlawfirm.com
*Office:* +1 973.577.5500

September 9, 2026

**VIA ECF**
Melissa E. Rhoads, Esq.
Clerk of Court
United States District Court – District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re: *Atlas Data Privacy Corp., et al. v. DeleteMe USA LLC, et al.*,
Civil Action No. 1:26-cv-10945-HB

Dear Ms. Rhoads:

We represent Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons under Daniel's Law, *N.J.S.A.* 56:8-166.1 *et seq.*, and Individual Plaintiffs Scott Maloney, Justyna Maloney, and Patrick Colligan (collectively, "Plaintiffs") in the above-referenced action. We write to request a one-cycle extension of Defendants' Motion to Dismiss (ECF No. 3) from September 21, 2026 to October 5, 2026, pursuant to L. Civ. R. 7.1(d)(5). The motion day has not previously been extended or adjourned. Plaintiffs acknowledge that this request is submitted one day late; Plaintiff mis-calendered the deadline for its opposition as today (September 9), instead of yesterday (September 8).

Thank you for the Court's attention to this matter.

Respectfully submitted,

**PEM LAW LLP**

By: */s/ Rajiv D. Parikh*
Rajiv D. Parikh, Esq.
Attorneys for Plaintiffs

cc: Anastasi Pardalis, Esq. (via ECF)
All Counsel of Record (via ECF)