**PARDALIS & NOHAVICKA LLP**
Anastasi Pardalis (357512021)
950 Third Avenue, 31st Floor
New York, NY 10022
(212) 213-8511
taso@pnlawyers.com

*Attorneys for Defendants Deleteme USA, LLC,*
*Deleteme Europe Ltd, and Criton Tornaritis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------------------x

ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, SCOTT MALONEY, JUSTYNA MALONEY, and PATRICK COLLIGAN,

*Plaintiffs*,

-against-

DELETEME USA, LLC, DELETEME EUROPE LTD, CRITON TORNARITIS, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*

*Defendants*.

---------------------------------------------------------------------------x

**Case No. 26-cv-10945**

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

**Motion Day: October 19, 2026**

**PLEASE TAKE NOTICE** that, on October 19, 2026, Sponsoring Attorney ANASTASI PARDALIS, New Jeresey Bar No. 357512021, attorney of record for Defendants DELETEME USA, LLC, DELETEME EUROPE LTD, and CRITON TORNARITIS ("Defendants") shall move before the Honorable Harvey Bartle III, at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for the entry of an Order

admitting ELENI MELEKOU, pro hac vice to appear and participate in this matter on behalf of Defendants.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, movant relies upon the accompanying Declaration of Eleni Melekou, and a proposed form of Order.

Dated: September 14, 2026

Respectfully submitted,

PARDALIS & NOHAVICKA, LLP

/s/ *Anastasi Pardalis*
Anastasi Pardalis (357512021)
950 Third Avenue, 31st Floor
New York, NY 10022
(212) 213-8511
taso@pnlawyers.com

*Attorneys for Defendants*