**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, SCOTT MALONEY, JUSTYNA MALONEY, and PATRICK COLLIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>DELETEME USA LLC, DELETEME EUROPE LTD, CRITON TORNARITIS, RICHARD ROES 1-10 and ABC COMPANIES 1-10,<br><br>Defendants. | Case No. 1:26-cv-10945-HB<br><br>**PLAINTIFF ATLAS DATA PRIVACY CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), the undersigned counsel for Plaintiff Atlas Data Privacy Corporation ("Atlas") certifies as follows:

1. Atlas is a non-governmental corporation.

2. Atlas does not have any parent companies and no publicly held corporation owns 10% or more of such company's stock.

Dated: September 15, 2026
West Orange, New Jersey

**PEM LAW LLP**

*/s/ Julia R. Livingston*
Julia R. Livingston, Esq. (558142026)
1 Boland Drive
West Orange, New Jersey 07052
Tel.: (973) 577-5500
jlivingston@pemlawfirm.com

*Attorneys for Plaintiffs*