**PARDALIS & NOHAVICKA LLP**
Anastasi Pardalis (357512021)
950 Third Avenue, 31st Floor
New York, NY 10022
(212) 213-8511
taso@pnlawyers.com

*Attorneys for Defendants Deleteme USA, LLC, Deleteme Europe Ltd, and Criton Tornaritis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, SCOTT MALONEY, JUSTYNA MALONEY, and PATRICK COLLIGAN,

*Plaintiffs*,

-against-

DELETEME USA, LLC, DELETEME EUROPE LTD,

CRITON TORNARITIS, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*

*Defendants*.

---

**Case No. 26-cv-10945**

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants DELETEME USA, LLC, DELETEME EUROPE LTD, and CRITON TORNARITIS ("Defendants"), by and through their undersigned counsel, hereby move pursuant to Local Civil Rule 101.1(c) for an Order admitting ELENI MELEKOU pro ha vice to appear and participate in this matter on behalf of Defendants.

In support of this Motion, Defendants rely upon the accompanying Declaration of Eleni Melekou, the Certification of Local Counsel Anastasi Pardalis, and the proposed form of

Order

Dated: September 15, 2026

Respectfully submitted,

PARDALIS & NOHAVICKA, LLP
/s/ *Anastasi Pardalis*
Anastasi Pardalis (357512021)
950 Third Avenue, 31st Floor
New York, NY 10022
(212) 213-8511
taso@pnlawyers.com

*Attorneys for Defendants*