**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, SCOTT MALONEY, JUSTYNA MALONEY, and PATRICK COLLIGAN,

Plaintiffs,

-against-

DELETEME USA, LLC, DELETEME EUROPE LTD, CRITON TORNARITIS, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,

Defendants.

**Case No. 26-cv-10945-HB**

**ORDER GRANTING MOTION FOR ELENI MELEKOU TO APPEAR PRO HAC VICE**

THIS MATTER having been opened to the Court by ANASTASI PARDALIS, of PARDALIS & NOHAVICKA LLP, attorneys for Defendants DELETEME USA, LLC, DELETEME EUROPE LTD and CRITON TORNARITIS, on a motion for the admission pro hac vice of ELENI MELEKOU, and the Court having considered the papers submitted, and for good cause shown,

IT IS on this 15th day of September, 2026,

**ORDERED** that the Motion for Admission Pro Hac Vice of Eleni Melekou is GRANTED and Eleni Melekou is admitted pro hac vice to appear and participate on behalf of Defendants DELETEME USA, LLC, DELETEME EUROPE LTD and CRITON TORNARITIS in the above-captioned action; and it is further

**ORDERED** that the admission is conditioned upon association with ANASTASI PARDALIS, a member in good standing of the Bar of this Court, who shall be designated as local counsel and shall remain responsible for the conduct of this litigation and for receiving service of all papers, notices, and communications from the Court. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

**ORDERED** that as a condition of pro hac vice admission, Eleni Melekou shall comply with the Local Civil Rules of the United States District Court for the District of New Jersey, the New Jersey Rules of Professional Conduct as adopted by this Court, and all applicable orders of the Court, and shall ensure payment of all fees required by the Clerk of Court, including the pro hac vice fee of $250.00 required by Local Civil Rule 101(c)(3), and any fees to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey State Court Rule 1:28-2(a), to the extent any required fee has not yet been paid; and it is further

**ORDERED** that Eleni Melekou shall promptly notify the Court of any disciplinary proceedings or changes in standing in any jurisdiction during the pendency of this matter.

**ENTER:**

/s/ Harvey Bartle III

J.