IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 26-10945 |
| DELETEME USA LLC, et al. | : | |

ORDER

AND NOW, this 15th day of September 2026, after a telephone conference with counsel, it is hereby ORDERED that:

(1) This action is STAYED until further order of court;

(2) Notwithstanding the stay, plaintiffs may file a motion to remand within ten days;

(3) Defendants shall file any briefs in opposition to the motion to remand no later than fourteen days after the motion is filed; and

(4) Plaintiffs shall file any reply brief no later than seven days after briefs in opposition are filed.

BY THE COURT:

/s/ Harvey Bartle III
J.