UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

DATE OF PROCEEDINGS:

September 15, 2026

JUDGE: Harvey Bartle III

COURT REPORTER:

OTHERS:

DOCKET NO:

26-cv-10945

TITLE OF CASE:

Atlas Data Privacy Corporation et al.

v.

DeleteMe USA LLC et al.

APPEARANCES:

Pls.:

Rajiv Parikh
Julia Livingston
Angie Garcia

Defs.:

Anastasi Pardalis
Eleni Melekou

NATURE OF PROCEEDINGS:

Telephone call with counsel to discuss stay of case and briefing deadlines for forthcoming plaintiff's motion to remand.

/s/ Nicole Spicer

Deputy Clerk

Time Commenced: 2:29 p.m. Time Adjourned: 2:39 p.m.