**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, SCOTT MALONEY, JUSTYNA MALONEY, and PATRICK COLLIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>DELETEME USA, LLC, DELETEME EUROPE LTD, CRITON TORNARITIS, RICHARD ROES 1-10 and ABC COMPANIES 1-10 (fictitious names),<br><br>Defendants. | Civil Action No. 1:26-cv-10945-HB<br><br>Honorable Harvey Bartle, III, U.S.D.J.<br><br>**MOTION TO REMAND** |

**PLEASE TAKE NOTICE** that on Monday, October 19, 2026, or as soon thereafter as counsel may be heard, Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, Scott Maloney, Justyna Maloney, and Patrick Colligan ("Plaintiffs") will move before the Honorable Harvey Bartle III, U.S.D.J., for an Order pursuant to 28 U.S.C. § 1447 remanding this action to the Superior Court of New Jersey, Law Division, Essex County, on the grounds that Defendants' removal was untimely under 28 U.S.C. § 1446(b), and awarding Plaintiffs their just costs and actual expenses, including attorneys' fees, incurred as a result of the removal.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Plaintiffs will rely upon the Certification of Julia R. Livingston, with Exhibits, as well as the accompanying supporting Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith pursuant to L. Civ. R. 7.1.

Dated: September 23, 2026

Respectfully submitted,

**PEM LAW LLP**

By: *s/ Julia R. Livingston*

Julia R. Livingston
Rajiv D. Parikh
One Boland Drive, Suite 101
West Orange, New Jersey 07052
Tel: (973) 577-5500
jlivingston@pemlawfirm.com
rparikh@pemlawfirm.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Julia R. Livingston, hereby certify that on September 23, 2026, I caused the foregoing Motion to Remand, and the papers submitted in support thereof, to be electronically filed with the Clerk of the Court using the United States District Court for the District of New Jersey's CM/ECF system, which will notify all counsel of record of the filing of these documents.

*/s/ Julia R. Livingston*
JULIA R. LIVINGSTON