IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DELETEME USA, LLC, et al. | : | NO. 26-10945 |

ORDER

AND NOW, on this 29th day of October 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of plaintiffs to remand this action to the Superior Court in Essex County, New Jersey (Doc. #16) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.