PARDALIS & NOHAVICKA, LLP
ATTORNEYS

November 5, 2026

Honorable Harvey Bartle III
United States District Judge
District of New Jersey (by designation)
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Atlas Data Privacy Corporation, et al. v. DeleteMe USA LLC, et al.*
Civil Action No. 26-10945-HB

Defendants' Application to Lift the Stay and Direct a Response to Defendants' August 27, 2026 Motion Pursuant to Fed. R. Civ. P. 12(b)(2),(5), and (6), 55(c) and 28 U.S.C. 1450

Dear Respected District Judge Judge Bartle:

We represent Defendants DeleteMe USA LLC, DeleteMe Europe Ltd., and Criton Tornaritis and respectfully submit this letter motion seeking an order lifting the stay entered on September 15, 2026 (ECF Doc 14), and directing Plaintiffs to respond promptly to Defendants' pending motion to dismiss and to vacate or set aside any notation of default entered by the Clerk of the New Jersey Superior Court, Essex County.

The Defendants removed this action to this Court on August 25, 2026. (ECF Doc 1). On August 27, 2026, Defendants moved to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6), and to vacate or set aside any notation of default pursuant to Federal Rule of Civil Procedure 55(c) and 28 U.S.C. § 1450. (ECF Doc 3).

After Plaintiffs initially sought an extension of time to answer (ECF Doc 5), and then requested a stay (ECF Doc 7), the Court entered an order on September 15, 2026, staying the action until further order while permitting Plaintiffs to move for remand. (ECF Doc. 14). Plaintiffs thereafter moved for remand (ECF Doc 16), and following opposition and reply briefing (ECF Docs 17, 18), on October 29, 2026, the Court denied that motion by memorandum and order. (ECF Docs 19, 20).

It is respectfully submitted that the stay served its intended purpose by allowing the Court to resolve Plaintiffs' remand motion before further litigation of the merits. Because that motion has been denied, no remaining basis exists for continuing the stay.

Defendants' motion to dismiss and to vacate or set aside any state-court notation of default has remained pending since August 27, 2026. The Defendants request that the Court lift the stay and direct Plaintiffs to respond to Defendants' pending motion within ten days of the Court's order, with the Defendants being afforded a ten day reply period, or within such other period as the Court deems appropriate.

Respectfully submitted,

PARDALIS & NOHAVICKA LLP

/s/ *Anastasi Pardalis*
Anastasi Pardalis
Eleni Melekou (*pro hac vice*)

cc (via ECF):

Plaintiffs' counsel

950 THIRD AVENUE, 31ST FLOOR, NEW YORK, NY 10022 | 29-20 23rd AVENUE 4TH FLOOR ASTORIA, NY 11105
P: 212.213.8511 | F: 718.777.0599 | taso@pnlawyers.com | www.pnlawyers.com