UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

JUDGE: Harvey Bartle III

COURT REPORTER:

OTHERS:

DATE OF PROCEEDINGS:

November 10, 2026

DOCKET NO:

26-cv-10945

TITLE OF CASE:

Atlas Data Privacy Corporation et al.

v.

DeleteMe USA LLC et al.

APPEARANCES:

Pls.:

Rajiv Parikh
Julia Livingston
Angie Garcia

Defs.:

Eleni Melekou

NATURE OF PROCEEDINGS:

Telephone call with counsel to discuss stay of case, pending motions, and potential motion for reconsideration.

/s/ Nicole Spicer

Deputy Clerk

Time Commenced: 12:45 p.m. Time Adjourned: 1:03 p.m.