UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

JUDGE: Harvey Bartle III

COURT REPORTER:

OTHERS:

DATE OF PROCEEDINGS:

November 16, 2026

DOCKET NO:

26-cv-10945

TITLE OF CASE:

Atlas Data Privacy Corporation et al.

v.

DeleteMe USA LLC et al.

APPEARANCES:

Pls.:

Rajiv Parikh
Julia Livingston

Defs.:

Eleni Melekou

NATURE OF PROCEEDINGS:

Telephone call with counsel to discuss motion to lift stay of case, potential motion for reconsideration, and briefing schedule for motion to dismiss for lack of proper service.

/s/ Nicole Spicer

Deputy Clerk

Time Commenced: 11:45 a.m. Time Adjourned: 11:57 a.m.