IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 26-10945 |
| DELETEME USA LLC, et al. | : | |

ORDER

AND NOW, this 17th day of November 2026, after a telephone conference with counsel, it is hereby ORDERED that:

(1) The motion of defendants to lift the stay and direct a response to defendants' August 27, 2026 motion (Doc. #21) is GRANTED IN PART and DENIED IN PART;

(2) Plaintiffs shall file any briefs in opposition to the motion of defendants to dismiss for lack of proper service on or before December 4, 2026;

(3) Defendants shall file any reply briefs on or before December 18, 2026; and

(4) Briefing on the remaining motions will be STAYED pending further order of the court.

BY THE COURT:

/s/ Harvey Bartle III
J.